UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIO RENE, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY
SITUATED,

21-cv-7435 (JGK)

ORDER

Plaintiff,

- against -

31 EAST 21 EXPRESS INC., ET AL.,

Defendants.

---

JOHN G. KOELTL, District Judge:

The conference scheduled for December 1, 2021 is **canceled.**
The time to serve the summons and complaint is extended to January
7, 2022. If the summons and complaint is not served on the
defendants by January 7, 2022, the complaint may be dismissed for
failure to prosecute. See Fed. R. Civ. P. 4(m).

SO ORDERED.
Dated:    New York, New York
          November 29, 2021

John G. Koeltl
United States District Judge