F I S H E R  |  T A U B E N F E L D  LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

January 7, 2022

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: Rene v. 31 East 21 Express Inc. et al.
> Case No.: 21-cv-7435 (JGK)

Dear Judge Koeltl:

     We represent Plaintiff in this action. We write to advise the Court that we have served all Defendants aside from Defendants Karnchanart Sae Loo and Andy Yangeksakul. We will be filing affidavits of service for each of those Defendants separately. We ask that Plaintiffs' claims against Defendants Karnchanart Sae Loo and Andy Yangeksakul be dismissed without prejudice.

     Thank you for your attention to the above.

Respectfully Submitted,
---------------------/s/-------------------
Michael Taubenfeld