UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIO RENE, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY
SITUATED,

        Plaintiff,

- against -

31 EAST 21 EXPRESS INC., ET AL.,

        Defendants.

---

21-cv-7435 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by February 11, 2022.

SO ORDERED.

Dated:    New York, New York
           January 28, 2022

                                            John G. Koeltl
                                      United States District Judge