F I S H E R  |  T A U B E N F E L D  LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

April 12, 2022

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re*:* Rene v. 31 East 21 Express Inc. et al.
        Case No.: 21-cv-7435 (JGK)

Dear Judge Koeltl:

    We represent Plaintiff in this action. We write jointly with the sole answering Defendant to request that the Court refer this case to a magistrate to schedule a settlement conference. The parties requested a settlement conference in the Case Management Plan they submitted that was so-ordered by the Court. We therefore respectfully request that the Court refer the case to a magistrate.

    Thank you for your attention to the above.

        Respectfully Submitted,
        --------------------/s/-------------------
        Michael Taubenfeld