UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO RENE, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY SITUATED,

                      Plaintiff,

   - against -

31 EAST 21 EXPRESS INC., ET AL.,

                      Defendants.

21-cv-7435 (JGK)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

**X** Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:

All such motions: ___

SO ORDERED.

New York, New York
April 13, 2022

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                         United States District Judge

* Do not check if already referred for general pretrial.