```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

CLAUDIO RENE, *individually and on behalf*
*of others similarly situated*,

                                             Plaintiff,

          -against-

31 East 21 Express Inc., Best Thai on 8 Corp.,
RTC 18 Corp., 331 Lexington Restaurant Corp.
(All Doing Business as Rhong-Tiam Express),
Express Thai One, Inc., Lucky Thai Express Inc.,
Pun San Laan Inc., Best Thai on Gramercy Inc.,
Karnchanart Sae Loo, Andy Yangeksakul Aka.
Andy Yang, Macharvadee Premwongsiri, and
Pun San Laan,

                                             Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

21-CV-7435 (JGK)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 29). A telephone conference will be held on **Tuesday, May 3, 2022 at 12:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: April 14, 2022
       New York, New York

*[signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2022