**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022

FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

October 25, 2022

**VIA ECF**
The Honorable Katharine H. Parker, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

Re: Rene v. 31 East 21 Express Inc. et al.
Case No.: 21-cv-7435 (JGK) (KHP)

Dear Judge Parker:

    We represent Plaintiff in this action. We write to respectfully request that the Court adjourn the conference currently scheduled for November 2, 2022 until a date in December. This is the third request by any party to adjourn the conference and the appearing Defendants consent.

    The reason for the request is that the parties continue to be engaged in document discovery. Plaintiff earlier today filed a motion to compel discovery of documents regarding, among other things, Defendant Pun San Laan Inc.'s status as a successor-in-interest, which Defendant Pun San Laan Inc. has declined to produce for months. Without these documents and the depositions that will be taken after Judge Koeltl rules on Plaintiff's motion, a settlement conference will likely be fruitless as Defendant Pun San Laan Inc. adamantly denies that it is a successor and most of Plaintiff's damages were incurred when working for the predecessor. The predecessor has defaulted and will not be participating in the settlement conference. We therefore request that the Court adjourn the settlement conference.

    Thank you for your attention to the above.

Respectfully Submitted,
---------------------/s/-------------------
Michael Taubenfeld

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, November 2, 2022 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, January 10, 2023 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>January 3, 2023 by 5:00 p.m.</u>

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

10/26/2022