UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO RENE CALLE,

                Plaintiff,

- against -

31 EAST 21 EXPRESS INC, ET AL.,

                Defendants.

21-cv-7435 (JGK)

AMENDED ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Motion/Dispute:*

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:

All such motions: _____

SO ORDERED.

New York, New York
October 26, 2022

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

* Do not check if already referred for general pretrial.