UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIO RENE,

                Plaintiff,

- against -

31 EAST 21 EXPRESS INC., ET AL.,

                Defendants.

21-cv-7435 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Defendants Pun San Laan Inc. and Thanaphan Laonutwuttikul may file a motion to dismiss by **November 28, 2022**. The plaintiff may respond by **December 16, 2022**. The moving defendants may reply by **December 30, 2022**.

SO ORDERED.

Dated:    New York, New York
            November 1, 2022

                                      John G. Koeltl
                             United States District Judge