UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/14/2023
```

-------------------------------------------------------------X

CLAUDIO RENE, *individually and on behalf
of others similarly situated,*

                                Plaintiff,

               -against-

31 East 21 Express Inc., et al.,

                           Defendants.

-------------------------------------------------------------X

**ORDER**

**21-CV-7435 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the February 13, 2023 conference, the deadline for discovery is **May 31, 2023**. No further amendments to pleadings or joinder of parties are permitted absent good cause.

By **March 15, 2023**, the parties shall file a joint status report updating the Court on discovery.

SO ORDERED.

Dated: February 14, 2023
      New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge