UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIO RENE CALLE,

                Plaintiff,

- against -

31 EAST 21 EXPRESS, INC., ET AL.,

                Defendants.

21-cv-7435 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a pre-motion conference by telephone on **April 17, 2023 at 2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            April 10, 2023

                                            John G. Koeltl
                                      United States District Judge