UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO RENE,

                              Plaintiff,

    - against -

31 EAST 21 EXPRESS INC., ET AL.,

                              Defendants.

21-cv-7435 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    As discussed during the telephone conference this afternoon, the plaintiff agrees that the plaintiff is not seeking successor liability against Thanaphan Laonutwuttikul. The time for defendants Pun San Laan Inc. and Thanaphan Laonutwuttikul (the "Appearing Defendants") to move or answer the second amended complaint is extended to **May 1, 2023**. The Appearing Defendants shall file any dispositive motions by **May 22, 2023**.

    Also by **May 1, 2023**, the plaintiff should serve summonses and the second amended complaint on the remaining defendants who are named in the second amended complaint but who have not yet appeared in this action.

SO ORDERED.

Dated:    New York, New York
           April 17, 2023

                                              John G. Koeltl
                                     United States District Judge