UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CLAUDIO RENE, *individually and on behalf of others similarly situated,*

                              Plaintiff,

              -against-

31 East 21 Express Inc., et al.,

                             Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2023

<u>ORDER</u>

21-CV-7435 (JGK) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed at the May 3, 2023 conference, Plaintiff shall produce enterprise coverage by **May 5, 2023**. Deposition of the Individual Defendant shall be taken on **May 22, 2023**. Deposition of Plaintiff shall be taken on **May 24, 2023**.

      By **June 2, 2023**, the parties shall file a joint status report updating the Court on discovery.

      SO ORDERED.

Dated: May 4, 2023
       New York, New York

*/s/ Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge