# Exhibit 2

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney: FISHER TAUBENFELD LLP - 2507

| | |
|---|---|
| CLAUDIO RENE CALLE | Index #: 21-CV-07435-JGK-KHP |
| Plaintiff(s) | |
| -against- | Date Filed: |
| 31 EAST 21 EXPRESS INC. | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | Witness Fee Tendered: $50.00 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 11, 2023 at 11:47 AM at

TAM SANG THAI KITCHEN
331 LEXINGTON AVENUE, CORNER STORE
NEW YORK, NY 10016

deponent served the within true copy/copies of the COVER LETTER, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION on KARNCHANART SAE LOO, the witness/recipient therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to MS. PREMWONGSIRI a person of suitable age and discretion. Said premises is the witness'/recipient's actual place of business within the state. She identified herself as the CO-WORKER of the witness/recipient.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | YELLOW | BLACK | 35 | 5'6 | 150 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the witness/recipient at the witness'/recipient's actual place of business at

TAM SANG THAI KITCHEN
331 LEXINGTON AVENUE, CORNER STORE
NEW YORK, NY 10016

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 11, 2023 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on: May 12, 2023

| | | | |
|---|---|---|---|
| Linda Forman | Robin Forman | Gotham Process Inc. | **ANDRE MEISEL** |
| Notary Public, State of New York | Notary Public, State of New York | Lic. 1251720-DCA | License #: 1372356-DCA |
| No. 01FO5031305 | No. 01FO6125415 | 299 Broadway | Docket #:     *1255729* |
| Qualified in New York County | Qualified in New York County | New York NY 10007 | |
| Commission Expires August 1, 2026 | Commission Expires April 18, 2025 | | |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: FISHER TAUBENFELD LLP - 2507

---

CLAUDIO RENE CALLE

Plaintiff(s)

-against-

31 EAST 21 EXPRESS INC.

Defendant(s)

Index #: 21-CV-07435-JGK-KHP

Date Filed:

**AFFIDAVIT OF SERVICE**

Witness Fee Tendered: $50.00

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 12, 2023 at 02:01 PM at

TAM SANG THAI KITCHEN
230 7TH AVENUE
NEW YORK, NY 10011

deponent served the within true copy/copies of the COVER LETTER, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION on MACHARVADEE PREMWONGSIRI, the witness/recipient therein named,

**SUITABLE AGE** — by delivering thereat a true copy/copies of each to MINT E. a person of suitable age and discretion. Said premises is the witness'/recipient's actual place of business within the state. She identified herself as the CO-WORKER of the witness/recipient.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | YELLOW | BLACK | 30 | 5'6 | 150 |

**MAILING** — Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the witness/recipient at the witness'/recipient's actual place of business at

TAM SANG THAI KITCHEN
230 7TH AVENUE
NEW YORK, NY 10011

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 12, 2023 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

---

Sworn to me on: May 15, 2023

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2026

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
Lic. 1251720-DCA
299 Broadway
New York NY 10007

**ANDRE MEISEL**
License #: 1372356-DCA
Docket #:   *1255730*