UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLAUDIO RENE, *individually and on behalf of others similarly situated,*

                               Plaintiff,

-against-

31 East 21 Express Inc., et al.,

                               Defendants.
-----------------------------------------------------------------X

**ORDER**
21-CV-7435 (JGK) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Plaintiffs' unopposed motion to compel Individual Defendants Karnchanart Sae Loo and Macharvadee Premwongsiri to respond to the subpoena (ECF No. 128) is granted.  The two Individual Defendants shall respond to the subpoena and produce the requested documents.

      **Plaintiffs shall serve this order on the Individual Defendants along with their motions for default judgment**.

      As the attached addressed ECF No. 128, the Clerk of the Court is respectfully requested to close the motion at ECF No. 128.

      SO ORDERED.

DATED:    New York, New York
                July 24, 2023

                                                            */s/ Katharine H. Parker*
                                                           _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2023