UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CLAUDIO RENE, *individually and on behalf of others similarly situated*,

                               Plaintiff,

               -against-

31 East 21 Express Inc., et al.,

                               Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-7435 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the July 24, 2023 conference, the fact discovery deadline is extended to September 29, 2023.

By **September 29, 2023**, the parties shall file a joint status report updating the Court on discovery.

SO ORDERED.

Dated: July 25, 2023
      New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge