UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIO RENE CALLE,

        Plaintiff,

  - against -

31 EAST 21 EXPRESS INC., ET AL.,

        Defendants.

21-cv-7435 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On August 17, 2023, this Court issued an Order to Show Cause directing defendants 31 East 21 Express Inc., Best Thai on 8 Corp., Rtc 18 Corp., 331 Lexington Restaurant Corp., Express Thai One, Inc., Lucky Thai Express Inc., Best Thai on Gramercy Inc., Karnchanart Sae Loo, and Macharvadee Premwongsiri to show cause in writing by September 6, 2023 why a default judgment should not be entered against them. ECF No. 168. The plaintiff timely served each defendant with the relevant Order to Show Cause.

    To date, the defendants have not responded to the August 17, 2023 Order to Show Cause. Accordingly, the plaintiff is entitled to a default judgment against these nine defendants.

    Because there are defendants who have not defaulted, an inquest on damages would be premature at this point.

SO ORDERED.

Dated:    New York, New York
          September 13, 2023

                                        John G. Koeltl
                                  United States District Judge