UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO RENE CALLE individually and on behalf of others similarly situated,

Plaintiff,

-against-

31 EAST 21 EXPRESS INC., BEST THAI ON 8 CORP., RTC 18 CORP., 331 LEXINGTON RESTAURANT CORP. (All Doing Business As RHONG-TIAM EXPRESS), EXPRESS THAI ONE, INC., LUCKY THAI EXPRESS INC., PUN SAN LAAN INC, BEST THAI ON GRAMERCY INC., KARNCHANART SAE LOO, ANDY YANGEKSAKUL a/k/a. ANDY YANG, MACHARVADEE PREMWONGSIRI and THANAPHAN LAONUTWUTTIKUL,

Defendants.

**ORDER**

**1:21-cv-07435-JGK-KHP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/04/2023

**KATHARINE H. PARKER, United States Magistrate Judge.**

Plaintiff moves to compel Individual Defendants Karnchanart Sae Loo and Macharvadee Premwongsiri to respond to Plaintiff's subpoenas and sit for depositions by October 31, 2023. Defendants shall file any opposition to Plaintiff's motion by **Wednesday, October 11, 2023**. Plaintiffs shall serve a copy of this order and the underlying motion on all Defendants and shall file proof of service with the Court. Defendants are cautioned that failure to respond to this order or Plaintiff's subpoenas may result in sanctions or entry of a default judgement against them.

**SO ORDERED.**

Dated: New York, New York
October 4, 2023

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge