UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIO RENE,

                    Plaintiff,

          - against -

31 EAST 21 EXPRESS INC., ET AL.,

                    Defendants.

---

21-cv-7435 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     To assist the Court in determining the reasonableness of the settlement and attorney's fees with regards to Defendants Pun San Laan Inc. and Thanaphan Laonutwuttikul, by **January 31, 2024**, the plaintiff should provide the following information: (1) the settlement agreement; (2) an explanation of the reasonable and adequate nature of the settlement and attorney's fees; and (3) the information necessary to calculate the "lodestar cross-check" -- namely the time records for the attorney work performed, the usual hourly rate for the plaintiff's counsel, and a brief biography of any lawyers who worked on the case.

SO ORDERED.

Dated:     New York, New York
           January 17, 2024

                                        John G. Koeltl
                              United States District Judge