# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

January 31, 2024

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: Rene v. 31 East 21 Express Inc. et al.
       Case No.: 21-cv-7435 (JGK) (KHP)

Dear Judge Koeltl:

    We represent Plaintiff in this action. We write to request that the Court extend Plaintiff and Defendants Pun San Laan, Inc. and Thanaphan Laonutwuttikul's deadline to submit their Cheeks motion from January 31, 2024 to February 7, 2024. The parties are still in the process of negotiating the written terms of the agreement and need an additional week to finalize the agreement and have it executed. We therefore request an additional week.

    Thank you for your attention to the above.

                        Respectfully Submitted,
                        --------------------/s/-------------------
                        Michael Taubenfeld

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.

2/1/24