# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

February 14, 2024

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: Rene v. 31 East 21 Express Inc. et al.
> Case No.: 21-cv-7435 (JGK) (KHP)

Dear Judge Koeltl:

We represent Plaintiff in this action. We write to request that the Court extend Plaintiff and Defendants Pun San Laan, Inc. and Thanaphan Laonutwuttikul's deadline to submit their Cheeks motion from February 14, 2024 until February 28, 2024. The parties have largely finalized the agreement and expect to finalize it shortly. I will be on vacation next week and therefore request two weeks to finalize the agreement and submit the Cheeks motion.

Thank you for your attention to the above.

Respectfully Submitted,
--------------------/s/--------------------
Michael Taubenfeld

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

2/15/24