F I S H E R | T A U B E N F E L D  LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

February 28, 2024

**VIA ECF**
Hon. John G. Koeltl
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED.
Dated: New York, New York
February 29, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

Re: Rene v. 31 East 21 Express Inc. et al.
Case No.: 21-cv-7435 (JGK) (KHP)

Dear Judge Koeltl:

    We represent Plaintiff in this action. We write to respectfully request a brief extension until Monday, March 4, 2024 to file the Parties' settlement agreement. The Parties have partially executed the Agreement, but need a few more days to execute the associated Confessions of Judgment.

    Thank you for your attention to the above.

Respectfully Submitted,
--------------------/s/-------------------
Michael Taubenfeld

1