F I S H E R  |  T A U B E N F E L D  LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

March 4, 2024

**VIA ECF**
Hon. John G. Koeltl
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application granted.

SO ORDERED.

Dated:  New York, New York
         March 5, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

Re: Rene v. 31 East 21 Express Inc. et al.
Case No.: 21-cv-7435 (JGK) (KHP)

Dear Judge Koeltl:

    We represent Plaintiff in this action. We write to respectfully request an extension until Friday, March 8s, 2024 to file the Parties' settlement agreement. The Parties have partially executed the Agreement, but it appears that Defendants Pun San Laan Inc. and its owner Thanaphan Laonutwuttikul need a few more days to execute the associated Confessions of Judgments.

    Thank you for your attention to the above.

Respectfully Submitted,
---------------------/s/-------------------
Michael Taubenfeld

1