UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CLAUDIO RENE CALLE, *individually and on behalf of others similarly situated*,

                                Plaintiff,

        -against-

31 East 21 Express Inc., et al.,

                              Defendants.
-----------------------------------------------------------------X

**ORDER**

21-CV-7435 (JGK) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2024

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties shall discuss whether they consent to conduct all proceedings, including resolution of the pending settlement approval motion, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c).

If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and file such form with the Court. The parties can also consent just for a specific motion, using the form available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge-specific-motion.

This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

Date: March 11, 2024
      New York, NY

_____
KATHARINE H. PARKER
United States Magistrate Judge