UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIO RENE CALLE,

                    Plaintiff,        21-cv-7435 (JGK)

    - against -                    ORDER

31 EAST 21 EXPRESS INC., ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

On March 11, 2024, this Court issued an Order approving the settlement between the plaintiffs and the Settling Defendants as fair, reasonable, and adequate, and directing the plaintiffs to file a proposed judgment pursuant to Fed. R. Civ. P. 54(b). ECF No. 196. To date, the plaintiffs have not submitted a proposed judgment. The plaintiffs are directed to submit a proposed judgment by **April 15, 2024**.

SO ORDERED.

Dated:    New York, New York
          April 8, 2024

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                      United States District Judge