UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIO RENE CALLE,

    Plaintiffs,

    -against-

31 EAST 21 EXPRESS INC., et al.,

    Defendants.

Case 1:21-cv-07435-JGK-KHP

[~~PROPOSED~~] JUDGMENT

---

    WHEREAS, Plaintiff CLAUDIO RENE CALLE filed an action against Defendants 31 EAST 21 EXPRESS INC., BEST THAI ON 8 CORP., RTC 18 CORP., 331 LEXINGTON RESTAURANT CORP., EXPRESS THAI ONE, INC., LUCKY THAI EXPRESS INC., BEST THAI ON GRAMERCY INC., KARNCHANART SAE LOO, MACHARVADEE PREMWONGSIRI, PUN SAN LAAN INC and THANAPHAN LAONUTWUTTIKUL;

    WHEREAS, Defendants PUN SAN LAAN INC and THANAPHAN LAONUTWUTTIKUL timely appeared in this action;

    WHEREAS, the remaining Defendants did not appear and on September 14, 2023, the Court entered a default judgment against Defendants 31 EAST 21 EXPRESS INC., BEST THAI ON 8 CORP., RTC 18 CORP., 331 LEXINGTON RESTAURANT CORP., EXPRESS THAI ONE, INC., LUCKY THAI EXPRESS INC., BEST THAI ON GRAMERCY INC., KARNCHANART SAE LOO, and MACHARVADEE PREMWONGSIRI;

    WHEREAS, Plaintiff and Defendants PUN SAN LAAN INC and THANAPHAN LAONUTWUTTIKUL reached a settlement;

WHEREAS, Plaintiff made a motion for settlement approval of a settlement with Defendants PUN SAN LAAN INC and THANAPHAN LAONUTWUTTIKUL on March 8, 2024;

WHEREAS, the Court granted Plaintiff's motion on March 11, 2024;

WHEREAS, the Court ordered Plaintiffs to submit a proposed judgment;

WHEREAS, subject to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay;

IT IS HEREBY:

ORDERED and ADJUDGED that judgment is hereby entered on behalf of Plaintiff CLAUDIO RENE CALLE against Defendants Pun San Laan Inc. and Thanaphan Laonutwuttikul, jointly and severally, for $30,000;

IT IS FURTHER ORDERED and ADJUDGED that this judgment does not affect Plaintiff's claims against Defendants 31 EAST 21 EXPRESS INC., BEST THAI ON 8 CORP., RTC 18 CORP., 331 LEXINGTON RESTAURANT CORP., EXPRESS THAI ONE, INC., LUCKY THAI EXPRESS INC., BEST THAI ON GRAMERCY INC., KARNCHANART SAE LOO, and MACHARVADEE PREMWONGSIRI.

Dated: April 15, 2024
    New York, NY

_____
Hon. John G. Koeltl
United States District Judge