```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2025
```

FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

> Plaintiff's Letter Motion is hereby GRANTED. Plaintiff's counsel shall serve a copy of this endorsement on Defendants with copies of the default judgment papers.
>
> SO ORDERED:
> /s/ Katharine H. Parker   2/10/2025
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
The Honorable Katharine H. Parker, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

Re: Rene v. 31 East 21 Express Inc. et al.
Case No.: 21-cv-7435 (JGK) (KHP)

Dear Judge Parker:

We represent Plaintiff in this action. We write to respectfully request that the Court adjourn Plaintiff's deadline to move for a default judgment from February 10, 2025 until March 12, 2025 and also extend the defaulting Defendants' deadline to respond from February 24, 2025 to March 26, 2025. This is the first request of this kind. The reason for this request is that due to a press of other work, resulting primarily from preparing for a trial in the Eastern District of New York this week, we have been unable to draft the default judgment papers. We therefore respectfully request that the Court extend the deadline.

Thank you for your attention to the above.

Respectfully Submitted,
--------------------/s/------------------
Michael Taubenfeld