UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CLAUDIO RENE, *individually and on behalf of others similarly situated,*

                              Plaintiff,

            -against-

31 East 21 Express Inc., et al.,

                            Defendants.
-------------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2025**

**ORDER**

21-CV-7435 (JGK) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       On April 30, 2025, the Court extended Plaintiff's deadline to file his memorandum of law in support of his motion for a default judgment and related materials from April 25, 2025 to April 28, 2025 and Defendants' corresponding deadline to file a response from May 9, 2025 to May 12, 2025. (ECF No. 217) Plaintiff did not make any filing by the new deadline. **By June 25, 2025**, Plaintiff shall file said memorandum of law in support of his motion for a default judgment and related materials. Failure to do so may result in dismissal of his case for failure to prosecute. Defendants shall file their response **by July 9, 2025**.

       SO ORDERED.

Dated: June 18, 2025
       New York, New York

*[signature: Katharine H Parker]*

KATHARINE H. PARKER
United States Magistrate Judge