UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------

CLAUDIO RENE CALLE,                          21-cv-7435 (JGK)

                       Plaintiff,           ORDER

           - against -

31 EAST 21 EXPRESS, INC., ET AL.,

                       Defendants.
----------------------------------------

JOHN G. KOELTL, District Judge:

     The Court has reviewed the Report and Recommendation of

Magistrate Judge Parker dated February 23, 2026 (ECF No. 225), in

connection with the damages inquest as to 31 East 21 Express Inc.,

Best Thai On 8 Corp., RTC 18 Corp., 331 Lexington Restaurant

Corp., Express Thai One, Inc., Lucky Thai Express Inc., Best Thai

On Gramercy Inc., and Macharvadee Premwongsiri (collectively, the

"defaulting defendants"). The plaintiff served a copy of the

Report and Recommendation on the defaulting defendants on

February 25, 2026. ECF No. 226. No objections to the Report and

Recommendation have been filed, and the time for objections has

passed. In any event, the Court finds that the Report and

Recommendation is thorough and well-reasoned and should be

adopted. The Court therefore adopts the Report and awards the

plaintiff the relief set out in the Report.

The plaintiff is directed to submit a proposed judgment by **March 27, 2026.** The plaintiff is directed to serve this Order on the defaulting defendants by **March 18, 2026,** and to file proof of service on the docket by **March 20, 2026.** The defaulting defendants may submit any objections to the proposed judgment by **April 10, 2026.**


SO ORDERED.
Dated:    New York, New York
          March 13, 2026

                                    _____
                                        John G. Koeltl
                                    United States District Judge

2