UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIO RENE CALLE individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>   -against-<br><br>31 EAST 21 EXPRESS INC., BEST THAI ON 8 CORP., RTC 18 CORP., 331 LEXINGTON RESTAURANT CORP. (All Doing Business As RHONG-TIAM EXPRESS), EXPRESS THAI ONE, INC., LUCKY THAI EXPRESS INC., PUN SAN LAAN INC, BEST THAI ON GRAMERCY INC., KARNCHANART SAE LOO, ANDY YANGEKSAKUL a/k/a. ANDY YANG, MACHARVADEE PREMWONGSIRI and THANAPHAN LAONUTWUTTIKUL,<br><br>   Defendants. | Case No.: 1:21-cv-07435-JGK-KHP<br><br>~~[PROPOSED]~~   **DEFAULT JUDGMENT** |

WHEREAS, the Court granted Plaintiff's motion for a default judgment against Defendants on June 27, 2024; and

WHEREAS, Plaintiff separately resolved his claims against Defendants Pun San Laan Inc. and Thanaphan Laonutwuttikul and the Court entered judgment on April 15, 2024; and

WHEREAS, on March 13, 2026 the Court awarded Plaintiff damages; and

WHEREAS, Defendant Karnchanart Sae Loo filed for bankruptcy protection under Chapter 7 of the Bankruptcy Code, and Plaintiff's claims have been discharged and judgment is not entered against her;

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is hereby

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff Claudio Rene Calle against Defendants 31 East 21 Express Inc., Best Thai On 8 Corp., RTC 18

Case 1:21-cv-07435-JGK-KHP    Document 228    Filed 03/17/26    Page 2 of 3

Corp., 331 Lexington Restaurant Corp., Express Thai One, Inc., Lucky Thai Express Inc., Best Thai On Gramercy Inc., and Macharvadee Premwongsiri jointly and severally in the following amounts:

(1) To Plaintiff under Fair Labor Standards Act, Law 29 U.S.C. §§ 201 *et. seq.*, New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.* in the amount of $172,257.60 for unpaid overtime wages;

(2) To Plaintiff under New York Labor Law §§ 650 and 12 N.Y.C.R.R. § 146–1.6 $12,082.35 for unpaid spread-of-hours damages;

(3) To Plaintiff under New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.*, $184,339.95 for liquidated damages;

(4) To Plaintiff under New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.*, $45.45 for daily prejudgment interest from February 27, 2017 until today totaling $151,484.85;

IT IS FURTHER ORDERED and ADJUDGED if any amounts under New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.* remain unpaid to Plaintiffs upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is later, the total amount of judgment to Plaintiffs under New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.* shall automatically increase by fifteen percent to Plaintiff for a total amount of $423,981.89 plus prejudgment interest accrued as of the date of this judgment; and

IT IS FURTHER ORDERED and ADJUDGED that Defendants 31 East 21 Express Inc., Best Thai On 8 Corp., RTC 18 Corp., 331 Lexington Restaurant Corp., Express Thai One, Inc., Lucky Thai Express Inc., Best Thai On Gramercy Inc., and Macharvadee

Case 1:21-cv-07435-JGK-KHP   Document 228   Filed 03/17/26   Page 3 of 3

Premwongsiri are liable to Plaintiff Claudio Rene Calle for post-judgment interest at the rate specified in 28 U.S.C. § 1961, accruing from the date of entry of this judgment until the judgment is satisfied.

Dated: April 13, 2026
       New York, NY

Hon. John G. Koeltl
United States District Judge

The Clerk is respectfully requested to close this case.

So Ordered.

4/13/26   U.S.D.J.